WALTER D. LEE, petitioner and appellant,

*v.*

ANNA C. LEE, defendant and respondent.

[Argued July 1st, 1910.   Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison.

*Mr. Charles H. Burtis,* for the appellant.

*Mr. Elmer W. Demarest,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Garrison in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON—13.

*For reversal*—None.